**FILED**

MAR 23 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:26-CT-3083-BO

(To be filled out by Clerk's Office only)

_RICKEY WILLIE CROSS_

Inmate Number 1721882

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

(*Pro Se* Prisoner)

-against-

Jury Demand?
☑ Yes
☐ No

_NORTH CAROLINA DEPARTMENT OF ADULT_

_CORRECTIONS, ALEXANDER CORRECTIONAL_

_RESPONDEAT SUPERIOR TRANSPORTATION OFFICER DOVER,_

_TRANSPORTATION OFFICERS TBA SGT. PARKER,_

_(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)_

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Case 5:26-ct-03083-BO    Document 1    Filed 03/23/26    Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

RICKEY WILLIE CROSS
Name

1721882
Prisoner ID #

LUMBERTON CORRECTIONAL INSTITUTION
Place of Detention

75 LEGEND ROAD
Institutional Address

LUMBERTON                          NC                          28358
City                                         State                        Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee    ☐ State    ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  *North Carolina Department Adult Correction*
Name

*Regulator of N.C. Prisons.*
Current Job Title

*831 W. Morgan Street*
Current Work Address

*Raleigh*　　　　　*N.C.*　　　　*27603*
City　　　　　　　　State　　　　　Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 2:  *SGT. PARKER*
Name

*TRANSPORTATION RESPONDEAT SUPERIOR*
Current Job Title

*ALEXANDER CORRECTIONAL INSTITUTION, 633 old Land Fill Rd.*
Current Work Address

*Taylorsville*　　　　　*N.C.*　　　　*28681*
City　　　　　　　　　State　　　　　Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: *Officer Dover - or- Dover*
Name

*TRANSPORTATION DRIVER*
Current Job Title

*Alexander Correctional Institution, 633 Old LandFill Rd.*
Current Work Address

*Taylorsville*          *N.C.*          *28681*
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: *Transport van issued by Alexander Correctional Inst.*

Date(s) of occurrence: _4-19-24 around 8:00 am_

State which of your federal constitutional or federal statutory rights have been violated:

8th amendmendment, 14th amendments,

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Around 8am on 4-19-24 I was scheduled to be at Grey Stone eye clinic and they were running late as Sgt Parker states we dont have time for the wheelchair stuff and I was shackled and escorted to the van and no seat belt was put on me. As officer Dover was driving a truck pulled out in front of us and the officer slammed on brakes and I was threw from my seat and into the caged barrier which busted my upper eye. I had to get stitches and incorporated head, neck and back injuries

| Who did what to you? |

These actions caused cruel and unusual punishment, contributory negligence, duress, assumption of risk, neglect of care and due-process by not following my medical status of being in a wheelchair status. Neglect of Duties,

| | |
|---|---|
| **What happened to you?** | I ended up with 3 stitches in my eye and a headache for a while and substained sore back and neck crampness. |

| | |
|---|---|
| **When did it happen to you?** | April 19, 2024 around 8 to 9 am, being transported by Alexander Correctional Transportation. |

| | |
|---|---|
| **Where did it happen to you?** | In a transporting van on the highway. |

| What was your injury? |
|---|

See Page 6.

Case 5:26-ct-03083-BO     Document 1     Filed 03/23/26     Page 7 of 10

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
If no, explain why not:

_Would not accept or reply to any grievances at Alexander on this matter, so I recently filed one here at Lumberton which was denied because of the 90 day limit._

Is the grievance process completed?  ☑ Yes  ☐ No
If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

_Requesting the Court to award money damages, issue a court order prohibiting this particular conduct and order all transportation officers transporting me to follow my medical duty status. Order Alexander Correctional Inst. to provide the names of the transporting officers the day of incident._

Case 5:26-ct-03083-BO   Document 1   Filed 03/23/26   Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☑ No

        If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

3-15-26

Dated

x_Rickey, W Cross_

Plaintiff's Signature

Rickey W. Cross

Printed Name

1721882

Prison Identification #

75 Legend Road          Lumberton,          NC          28358

Prison Address          City          State          Zip Code

Case 5:26-ct-03083-BO     Document 1     Filed 03/23/26     Page 10 of 10